No. 12–5097.  TAYLOR *v.* SALAZAR, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–5098.  WEBB *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 12–5099.  CRAWFORD *v.* CITY OF TAMPA, FLORIDA, ET AL. C. A. 11th Cir.  Certiorari denied.

No. 12–5100.  WILLIAMS *v.* UNITED. STATES.  C. A. 5th Cir. Certiorari denied.

No. 12–5102.  ROULHAC *v.* PRISON HEALTH SERVICES ET AL. C. A. 4th Cir.  Certiorari denied.

No. 12–5103.  STREU *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 12–5105.  SMITH *v.* FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–5106.  JONES *v.* CITIMORTGAGE, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 12–5108.  VETETO *v.* SUPREME COURT OF ALABAMA ET AL. C. A. 11th Cir.  Certiorari denied.

No. 12–5110.  HILL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–5111.  FANARY, AKA MARSHALL *v.* UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 12–5113.  HOPE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 12–5114.  HARVEY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 12–5115.  GONZALEZ URIBE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.